**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

| | |
|---|---|
| **GEORGIA GAMBLING RECOVERY LLC,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**BLITZ STUDIOS INC.,**<br><br>**Defendant.** | **CASE NO. 4:26-cv-882 (CDL)** |
| **GEORGIA GAMBLING RECOVERY LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br>**VGW HOLDINGS LTD, *et al.*,**<br><br>**Defendants.** | **CASE NO. 4:26-cv-883 (CDL)** |
| **GEORGIA GAMBLING RECOVERY LLC,**<br><br>**Plaintiff,**<br><br>**vs.**<br>**DABBLE SPORTS LLC, *et al.*,**<br>**Defendants.** | **CASE NO. 4:26-cv-886 (CDL)** |

**JOINT MOTION TO SET BRIEFING SCHEDULE ON RESPONSES TO COMPLAINT**

Plaintiff Georgia Gambling Recovery LLC ("GAGR") and Defendants Blitz Studios, Inc. ("Blitz"), VGW Holdings Pty. Ltd. f/k/a VGW Holdings Ltd., VGW GP Ltd., VGW Malta Ltd., and VGW Luckyland, Inc. (together, "VGW Group"), and Dabble Sports LLC and Dabble Sports Pty Ltd. (together, "Dabble" and collectively, "Defendants") jointly move for entry of an order setting a deadline for Defendants' responses to the Fourth Amended Complaint (the "Complaint") and establishing a briefing schedule for any motions directed to the Complaint.

1. On June 2, 2026, the parties agreed that the respective Defendants' deadline to respond to the Complaint should be stayed until 30 days after this Court ruled on GAGR's motions to remand. *See* ECF No. 5 in 4:26-cv-882, ECF No. 6 in 4:26-cv-883, ECF No. 4 in 4:26-cv-886.

2. The same day, the Court entered a text order staying the Defendants' deadline to respond to the Complaint until further order of the Court. *See* ECF No. 6 in 4:26-cv-882, ECF No. 8 in 4:26-cv-883, ECF No. 5 in 4:26-cv-886.

3. On October 28, 2026, the Court denied GAGR's motions to remand. *See* ECF No. 23 in 4:26-cv-882, ECF No. 24 in 4:26-cv-883, ECF No. 19 in 4:26-cv-886.

4. The parties agree on the following briefing schedule for Defendants' responses to the Complaint and related motion briefing:

    a. Defendants shall respond to the Complaint on or before December 4, 2026;

    b. GAGR shall file oppositions to any motions on or before January 15, 2027;

    c. Defendants shall file replies on or before February 5, 2027.

5. The parties respectfully submit that good cause exists to approve the proposed schedule, which accommodates the intervening holidays and establishes a coordinated timetable for the parties' submissions. The schedule will facilitate the orderly preparation and briefing of Defendants' anticipated motions and is proposed in good faith, not for purposes of delay. Accordingly, the parties respectfully request that the Court grant this joint motion, lift the existing stays of Defendants' deadlines to respond to the Complaint, and establish the deadlines set forth in paragraph 4 above.

6. A proposed order is attached for the Court's consideration.

Dated: November 13, 2026

Respectfully submitted,

_/s/ David C. Rayfield (with permission)_
David C. Rayfield (Ga. Bar No. 596706)
WALDREP, MULLIN & CALLAHAN LLC
111 Twelfth Street, Suite 300
P. O. Box 351
Columbus, GA 31902
(706) 320-0600
davidrayfield@waldrepmullin.com

*Attorneys for Plaintiff Georgia Gambling Recovery LLC*

_/s/ David L. Mize_
David L. Mize (Ga. Bar No. 854694)
HUFF, POWELL & BAILEY, LLC
1037 Front Avenue, Suite A
Columbus, GA 31901
(706) 591-8280
DMize@huffpowellbailey.com

Joe Paunovich (*pro hac vice*)
QUINN EMMANUEL URQUHART & SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000
joepaunovich@quinnemmanuel.com

*Attorneys for Defendant Blitz Studios, Inc.*

_/s/ Gregory D. Beaman_
Gregory D. Beaman (*pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 W. 52nd Street
New York, NY 10019
(212) 506-5000
gbeaman@orrick.com

David H. Bouchard (Ga. Bar No. 712859)
FINCH MCCRANIE LLP
229 Peachtree Street, NE, Suite 2500
Atlanta, GA 30303
(404) 658-9070
david@finchmccranie.com

*Attorneys for Defendants VGW Holdings Pty Ltd., VGW GP Ltd., VGW Malta Ltd., and VGW Luckyland Inc.*

_/s/ Terry R. Weiss_
Terry R. Weiss (Ga. Bar No. 746495)
tweiss@duanemorris.com
DUANE MORRIS LLP
1075 Peachtree St, N.E., Ste. 1700
Atlanta, Georgia 30309
(404) 253-6900

William M. Gantz (*pro hac vice*)
bgantz@duanemorris.com
DUANE MORRIS LLP
100 High St, Ste. 2400
Boston, MA 02110
(857) 488-4234

*Attorneys for Defendants Dabble Sports. LLC and Dabble Sports Pty Ltd*

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2026, the foregoing document was served on counsel of record for all parties via the Court's CM/ECF system.

*/s/ Gregory D. Beaman*